**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 14-CR-2907-CAB |
| Plaintiff, | |
| v. | **ORDER DIRECTING DISCLOSURE OF DOCUMENTS** |
| ALONSO HARVEY (7), | |
| Defendant. | |

On the parties' joint motion, and good cause appearing, the U.S. Probation Office shall release to counsel for both parties all documents pertaining to the Allegations of Non-Compliance set forth in the Petition for Warrant or Summons for Offender under Supervision executed on March 28, 2018 (Doc. 431).

IT IS SO ORDERED.

DATED: April 24, 2018 _____

HONORABLE CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE